UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN CHARLES DIEMOND,

Plaintiff,

v.

NOAH NAGY,

Defendant.

Case No. 23-12184
Honorable Robert J. White
Magistrate Judge Elizabeth A. Stafford

## ORDER DENYING AS MOOT PLAINTIFF'S
## MOTION FOR LEAVE TO AMEND/CORRECT (ECF NO. 27)

Plaintiff Ryan Charles Diemond moved for leave to amend and correct a date error in his response to Nagy's motion for summary judgment. ECF No. 27. The Honorable Robert J. White referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 23.

In October 2024, the Court entered a report and recommendation to deny Nagy's motion for summary judgment and considered Diemond's response. ECF No. 29. Thus, the Court **DENIES AS MOOT** Diemond's motion to amend and correct, ECF No. 27.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD

United States Magistrate Judge

Dated: October 4, 2024

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 4, 2024.

s/Davon Allen
DAVON ALLEN
Case Manager

2