UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN CHARLES DIEMOND,

    Plaintiff,

v.

NOAH NAGY,

    Defendant.

Case No. 23-12184

Honorable Robert J. White

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

    Plaintiff Ryan Charles Diemond filed this prisoner civil rights case after the warden defendant allegedly denied him access to the prison's legal writer program. *See* ECF No. 1.  The Court referred the matter to Magistrate Judge Elizabeth A. Stafford.  *See* ECF No. 23.  Defendant moved for summary judgment on the ground that Plaintiff failed to exhaust his administrative remedies through the prison's grievance process before filing suit.  *See* ECF No. 17.  And Magistrate Judge Stafford recommended denying Defendant's motion.  *See* ECF No. 29.

    Despite being warned that a failure "to timely file specific objections" to Magistrate Judge Stafford's Report waives "any further [right of] appeal," ECF No. 29, PageID.410-411, neither party filed timely objections.  This failure amounts to a

procedural default and frees the Court from any obligation to review the Report's conclusions de novo. *See* Fed. R. Civ. P. 72(b); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981) ("a party shall file objections with the district court or else waive right to appeal"); *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("the failure to object may constitute a procedural default waiving review even at the district court level"); *White v. A.J.M. Packaging Corp.*, No. 23-1618, 2024 WL 3320451, at *1 (6th Cir. Mar. 11, 2024) (while "exceptional circumstances may warrant departure from this forfeiture rule … no such circumstances are present in this case").

Magistrate Judge Stafford gives several reasons why Defendant's motion should be denied: (1) it was obvious that Plaintiff's grievance targeted Defendant; (2) Defendant failed to compare the earlier grievance the Michigan Department of Corrections (MDOC) cited to justify rejecting Plaintiff's grievance as duplicative; (3) Plaintiff's grievance was, in fact, not duplicative; and (4) even if the grievance *was* duplicative, MDOC erred by rendering the issues raised in it non-grievable. ECF No. 29, PageID.405-409. After reviewing the record, the Court deems Magistrate Judge Stafford's conclusions factually based and legally sound. Thus:

The Court ADOPTS Magistrate Judge Stafford's Report (ECF No. 29) and DENIES Defendant's motion for summary judgment (ECF No. 17).

Dated: October 18, 2024            s/Robert J. White
                                                      Robert J. White
                                                      United States District Judge