UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RYAN CHARLES DIEMOND,<br><br>    Plaintiff,<br><br>v.<br><br>NOAH NAGY,<br><br>    Defendant. | Case No. 23-cv-12184<br><br>Honorable Robert J. White<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE AND DENYING AS MOOT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 46)**

    Before the Court is Magistrate Judge Elizabeth A. Stafford's June 27, 2025 report and recommendation. (ECF No. 51). The report recommended that the Court dismiss Plaintiff Ryan Charles Diemond's complaint with prejudice for failure to prosecute and deny as moot Defendant Noah Nagy's motion for summary judgment, (ECF No. 46). (*Id.* at PageID.698). None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

    The Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the appropriate reasons. Accordingly,

IT IS ORDERED that the magistrate judge's June 27, 2025 report and recommendation (ECF No. 51) is hereby accepted and adopted.

IT IS FURTHER ORDERED that Diemond's complaint (ECF No. 1) is DISMISSED WITH PREJUDICE.

IT IS FURTHER ODERED that Nagy's motion for summary judgment (ECF No. 46) is DENIED AS MOOT.

Dated: July 22, 2025                s/Robert J. White
                                    Robert J. White
                                    United States District Judge